# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| THE PEOPLE OF JEFFERSON COUNTY EX. REL JAMES B. WICKER, | : No. 30 WAP 2014 |
| | : |
| | : Appeal from the Order of the Jefferson |
| Appellant | : County Court of Common Pleas entered |
| | : July 31, 2014 at No. 321- 2014CD. |
| | : |
| v. | : |
| | : |
| | : |
| CARL J. GOTWALD, SR., | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**

    **AND NOW,** this 27th day of April, 2015, the Order of the Commonwealth Court is **AFFIRMED**.